STATE OF CONNECTICUT *v.* CHARISSA WILLETTE

The defendant's petition for certification for appeal from the Appellate Court, 67 Conn. App. 901 (AC 20532), is denied.

*David B. Rozwaski*, special public defender, in support of the petition.

*Timothy J. Sugrue*, senior assistant state's attorney, in opposition.

Decided January 3, 2002

JOHN O'BRYAN *v.* JANET O'BRYAN

The plaintiff's petition for certification for appeal from the Appellate Court, 67 Conn. App. 51 (AC 20825), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court did not have authority, under General Statutes § 46b-66, to modify the postmajority child support provision by requiring that a portion of it be paid directly to the child?"

The Supreme Court docket number is SC 16666.

*Brenden P. Leydon*, in support of the petition.

Decided January 3, 2002